JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HORACE MANN INSURANCE COMPANY, an Illinois Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS MAGGIO, an individual, JANE DOE, an individual, WESTPORT INSURANCE CORPORATION, a Missouri Corporation, and LONG BEACH UNIFIED SCHOOL DISTRICT a public entity,<br><br>　　　　Defendants. | Case No. 2:23-cv-05191-RAO<br><br>[~~PROPOSED~~] **JUDGMENT** |

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, a Missouri Corporation, | |
| Counter-Plaintiff, | |
| v. | |
| HORACE MANN INSURANCE COMPANY, an Illinois Corporation, | |
| Counter-Defendant. | |
| WESTPORT INSURANCE CORPORATION, a Missouri Corporation, | |
| Cross-Plaintiff, | |
| v. | |
| THOMAS MAGGIO, an individual, JANE DOE, an individual, and LONG BEACH UNIFIED SCHOOL DISTRICT a public entity, | |
| Cross-Defendants. | |

In view of this Court's May 23, 2024 Order (Dkt. No. 47) granting the motions for judgment on the pleadings by plaintiff and counter-defendant Horace Mann Insurance Company ("HMIC") and, defendant, counterclaimant, and cross-claimant Westport Insurance Corporation ("Westport"), and in view of the parties' Stipulation for Entry of Judgment filed herein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Court declares that HMIC and Westport do not now have, and never had, a duty to defend Thomas Maggio in the underlying action styled *Jane Doe v. Long Beach Unified School District, Thomas Maggio, and Does 2-60*, Los Angeles Superior Court case number 22STCV04747 (the "Underlying Action"), for the reasons set forth in this Court's May 23, 2024 Order;

2. The Court declares that neither HMIC nor Westport owe a duty to indemnify Thomas Maggio for any adverse liability assessed, including but not limited to any settlement agreement or judgment, against him in the Underlying Action;

3. A declaratory judgment consistent with the foregoing decrees is hereby accordingly entered in favor of Horace Mann on its first and third claims for relief and in favor of Westport on its counterclaim and cross-claim;

4. The foregoing rulings render HMIC's fourth claim for relief against Westport (for contribution) and fifth claim for relief against the Long Beach Unified School District (for subrogation) moot and they are hereby dismissed with prejudice on that ground;

5. HMIC's third claim for relief against Maggio (for reimbursement) has been withdrawn by stipulation in the interests of justice and is hereby dismissed with prejudice on that ground; and

/ / /

/ / /

/ / /

6. All parties shall bear their own costs and fees incurred in this action pursuant to their stipulation to that effect.

Date: 07/10/2024

_____
Hon. Rozella A. Oliver
United States Magistrate Judge